```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    INDICTMENT
                                    :
        v.                          :
                                    :    07 Cr. _____
CHEREESE STEVENS,                   :
    a/k/a "Shay,"                   :
                                    :
            Defendant.              :
                                    :
------------------------------------x
```

JUDGE CASTEL

07CRIM. 363

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: APR 30 2007

## COUNT ONE

The Grand Jury charges:

From on or about May 20, 2005, up to and including on or about June 13, 2005, in the Southern District of New York, CHEREESE STEVENS, a/k/a "Shay," the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, STEVENS, while employed by JPMorgan Chase, Branch 014, located at 250 West 57th Street, New York, New York, stole

multiple American Express Travelers Cheques, whose total value exceeds $1,000.

(Title 18, United States Code, Section 656.)

_____     _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHEREESE STEVENS,
a/k/a "Shay,"

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

4/30/07 — INDICTMENT FILED.
G.C.
KATZ, USMJ.