USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CHEREESE STEVENS,

           Defendant.

------------------------------------------------------------x

07 CR 363 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

Upon the application of defense counsel, consented to by the government, the conference previously scheduled for June 25, 2007 is adjourned until July 27, 2007 at 10:15 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussion regarding a disposition of this case. Accordingly, the time between today and July 27, 2007 is excluded.

SO ORDERED.

                                                  P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       June 22, 2007