USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CHEREESE STEVENS,

           Defendant.

------------------------------------------------------------x

07 CR 363 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, the conference previously scheduled for July 27, 2007 is adjourned until September 11, 2007 at 2:00 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed because of the impending departure of counsel who is assigned the case and entry of new counsel. Accordingly, the time between today and September 11, 2007 is excluded.

    SO ORDERED.

                                        P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
        July 24, 2007